**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: **Joseph Menck**                                          Case No. 26-30243KKS

**Debtor**                                                              **Chapter 7**

_____/

### REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:     Debtor(s), Creditors and Parties in Interest

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: 2017 Chevrolet Silverado with $5,000.00 exempt, yard equipment, books, and clothes: $7,920.00

2. **Manner of Sale**:  Private ( X )*      Public Auction (  )

3.  **Terms of Sale**:  Private sale to Joseph Menck, the debtor, for the sum of $7,920.00 in monthly installments of $660.00 per month, beginning May 15, 2026 and continuing each month thereafter until paid in full.

 * (Applicable to private sales only)  The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received by the trustee at the address listed below no later than the close of business on May 7, 2026.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: 4/16/26                              /s/ Sherry Fowler Chancellor,
                                                          SHERRY FOWLER CHANCELLOR, Trustee
Mailed: 4/16/26                            619 W. Chase Street, PENSACOLA, FL 32502
                                                          (850) 436-8445

Copies mailed to all parties listed on the attached Court's mailing matrix on April 16, 2026 by R. Chancellor
                                                                                  /s/ Rhett Chancellor

Label Matrix for local noticing
1129-3
Case 26-30243-KKS
Northern District of Florida
Pensacola
Thu Apr 16 13:29:47 EDT 2026

ALDRIDGE PITE HAAN, LLP
401 W LINTON BLVD
SUITE 202B
DELRAY BEACH, FL 33444-8157

ALDRIDGE PITE HAAN, LLP
P.O. BOX 7389
MARIETTA, GA 30065-1389

BAY COUNTY CLERK OF COURT
CASE #26000179SC
300 EAST 4TH STREET
PANAMA CITY, FL 32401-3004

BEST EGG
P.O. BOX 42912
PHILADELPHIA, PA 19101-2912

CAPITAL ONE
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285

CHEX SYSTEMS
ATTN: CUSTOMERS RELATIONS
2900 LONE OAK PKWY
SUITE 125
EAGAN, MN 55121-1594

CHRISTINA MENCK
13812 ASHTON WAY
PANAMA CITY, FL 32409-3546

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

EXPERIAN
475 ANTON RD
COSTA MESA, CA 92626-7037

JP MORGAN CHASE BANK
P.O. BOX 15369
WILMINGTON, DE 19850-5369

JP MORGAN CHASE BANK NA
ATTN: BANKRUPTCY
700 KANSAS LANE, FLOOR 01
MONROE, LA 71203-4774

LAKEVIEW LOANCARE
P.O. BOX 37628
PHILADELPHIA, PA 19101-0628

LOYALTY CREDIT UNION
PO BOX 17048
PENSACOLA, FL 32522-7048

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

(p)RAUSCH STURM LLP
250 N SUNNYSLOPE ROAD
BROOKFIELD WI 53005-4824

SYNCHRONY BANK/AMAZON
ATTN: BANKRUPTCY DEPT
P.O. BOX 965064
ORLANDO, FL 32896-5064

SYNCHRONY BANK/AMAZON
PO BOX 71711
PHILADELPHIA, PA 19176-1711

SYNCHRONY BANK/LOWE'S
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 965061
ORLANDO, FL 32896-5061

SYNCHRONY BANK/LOWES
PO BOX 71727
PHILADEPHIA, PA 19176-1727

SYNCHRONY BANK/PAY PAL
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896-5060

SYNCHRONY BANK/PAY PAL
PO BOX 71718
PHILADELPHIA, PA 19176-1718

TD BANK USA, N.A.
C/O TARGET CARD SERVICES
P.O. BOX 9500
MINNEAPOLIS, MN 55440-9500

TD BANK USA, N.A./TARGET
P.O. BOX 660170
DALLAS, TX 75266-0170

TRANSUNION (DISPUTES)
P.O. BOX 900
WOODLYN, PA 19094-0900

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Joseph Charles Menck
12340 Clear Creek Rd
Youngstown, FL 32466-1923

Sherry Chancellor
Law Office of Sherry F. Chancellor
619 West Chase St.
Pensacola, FL 32502-4711

Steven D. Jurnovoy
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501-2608

c/o LoanCare, LLC Lakeview Loan Servicing, L
3637 Sentara Way
Virginia Beach, VA 23452-4262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

EQUIFAX (DISPUTES)
PO BOX 740256
ATLANTA, GA 30374

PENTAGON FEDERAL CREDIT UNION
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 1432
ALEXANDRIA, VA 22313

RAUSCH STURM LLP
300N EXECUTIVE DR
SUITE 200
BROOKFIELD, WI 53005

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29